UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-21601-Civ-COOKE/O'SULLIVAN

RONDEL HAUGHTON

Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF EDUCATION,

Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED
### *IN FORMA PAUPERIS* AND DIRECTING SERVICE BY U.S. MARSHAL

THIS CASE is before me on the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs. ECF No. 3. I have reviewed the Application, the record, the relevant legal authorities, and am otherwise duly advised in the premises. It is **ORDERED and ADJUDGED** that the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 3) is **GRANTED**.

It is **FURTHER ORDERED** that, within fourteen (14) days of this Order, the Plaintiff shall file with the Court a Summons indicating the address of the Defendant United States Department of Education.

It is **FURTHER ORDERED** that service of the Summons and Complaint in this case shall be effected by the U.S. Marshal, consistent with Federal Rule of Civil Procedure 4(c)(3). Service shall be directed to the United States Department of Education at the respective address indicated in the Summons. Service of process shall be perfected within forty-five (45) days of the Plaintiff filing the fully completed Summons. The Marshal shall file a return of service indicating the date and manner in which service was perfected. In the event that the Marshall is unable to perfect service within this time, notice must be filed with the Court explaining the cause of the delay.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 9th day of June 2021.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, U.S. Magistrate Judge*
*U.S. Marshals Service - Civil Section*
*Counsel of record*