## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21601-DAMIAN

RONDEL HAUGHTON,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF EDUCATION,

    Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court on Defendant's Unopposed Motion to Extend Certain Pre-Trial Deadlines and Continue Trial, (the "Motion").[1] [ECF No. 30].

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. In the Motion, Defendant requests an extension of the expert discovery deadline, currently scheduled for May 20, 2022, *see* ECF No. 17, through June 10, 2022, so that the parties may proceed with the deposition of Plaintiff's expert scheduled to take place on June 2, 2022. *See* Motion, at 1. Defendant also requests an extension of certain pre-trial deadlines until Defendant's counsel returns from parental leave. *Id.* at 2. The Court finds the Motion demonstrates good cause shown for the relief requested and notes no objection from Plaintiff. Accordingly, it is hereby

---

[1] This matter is referred to the undersigned pursuant to the Parties' Joint Election to Jurisdiction by a United States Magistrate Judge, [ECF No. 31], and an Order Transferring Case entered by the Honorable Marcia G. Cooke, United States District Judge. [ECF No. 33].

**ORDERED and ADJUDGED** that Defendant's Unopposed Motion to Extend Certain Pre-trial Deadlines and Continue Trial [ECF No. 30] is **GRANTED IN PART** as follows:

1. The deadline for expert discovery is extended to **June 10, 2022** for the exclusive purpose of taking Plaintiff's expert's deposition on the scheduled date;

2. The remaining pretrial deadlines set forth in the Court's Order Setting Civil Trial Date and Pretrial Deadlines [ECF No. 17] are **STAYED** pending this Court's ruling on the requested extensions of the pretrial deadlines and trial; and

3. A Zoom Status Conference is set for **May 27, 2022, at 10:00 A.M.** before the undersigned for the purpose of re-setting pretrial deadlines and trial in this matter.

**DONE and ORDERED** in Chambers at Miami, Florida this 20th day of May 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record