UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21601-DAMIAN

RONDEL HAUGHTON,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF EDUCATION,

    Defendant.
_____/

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO
EXTEND PRE-TRIAL DEADLINES AND CONTINUE TRIAL [ECF NO. 30]
AND SETTING NON-JURY TRIAL AND PRETRIAL DEADLINES**

THIS CAUSE is before the Court on Defendant's Unopposed Motion to Extend Certain Pre-Trial Deadlines and Continue Trial (the "Motion"). [ECF No. 30]. This matter is before the undersigned pursuant to the Parties' Joint Election to Jurisdiction by a United States Magistrate Judge, [ECF No. 31], and an Order Transferring Case entered by the Honorable Marcia G. Cooke, United States District Judge. [ECF No. 33].

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. The Court also heard from the parties, through counsel, who appeared by Zoom at a Status Conference on May 27, 2022. For the reasons stated on the record at the Status Conference and as agreed by the parties, it is hereby

**ORDERED and ADJUDGED** that the Motion [ECF No. 30] is **GRANTED** as follows:

1. The Parties shall serve their respective Fact Witness Lists on opposing counsel by **July 22, 2022**.

2. The fact discovery deadline is extended to **August 31, 2022**, for the limited purpose of taking the depositions of two fact witnesses: (1) a tax preparer whom Defendant shall formally disclose pursuant to Rule 26 on or before July 22, 2022, and (2) the corporate representative of the United States Department of Education, both of whom where more fully described at the Status Conference.

3. The Parties shall file all *Daubert* and *Markman* motions and accompanying memoranda of law by **August 5, 2022**. It is further

**ORDERED and ADJUGED** as follows:

This cause is set for a non-jury trial beginning on **February 13, 2023, at 10:00 A.M**. Pursuant to Fed. R. Civ. P. 16(a) and Local Rule 16.1(c), the Pretrial Conference is presently set for **January 23, 2023, at 10:00 A.M.** In the event the Court determines that a Pretrial Conference is unnecessary, the Court will cancel the Conference and inform the parties. Unless instructed otherwise by a subsequent order, the trial and all other proceedings shall be conducted in person at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida, 33128.

Unless otherwise indicated herein or by a subsequent order of this Court, the Parties shall follow the requirements and deadlines set forth in Local Rule 16.1(c)–(l). In the event of any conflict between the requirements and deadlines set forth herein and those set forth in Local Rule 16.1, the requirements and deadlines herein shall apply.

1. **Witness and Exhibit Lists**

    The Parties shall electronically file their Final Witness and Exhibit Lists concurrent with their Pretrial Stipulations by no later than **January 9, 2023**. Prior to the filing of their respective Final Witness and Exhibit Lists, the parties shall:

    - By **July 22, 2022**, the Parties shall serve their respective Witness and Exhibit Lists (conforming to the below requirements) on opposing counsel in an editable format;
    - By **July 28, 2022**, the Parties shall confer regarding whether the parties stipulate, in whole or in part, regarding authenticity and/or admissibility of any Exhibits;
    - By **August 1, 2022**, the Parties shall return the opposing party's Witness and Exhibits Lists to opposing counsel with all objections and stipulations indicated thereon, which objections and stipulations shall be included in the Final Witness and Exhibit Lists filed with the Court in conformance with Local Rule 16.1(e)(9).

    Other than the final deadline for filing the Final Witness and Exhibit Lists, the foregoing deadlines may be modified by written agreement of the Parties without the need for informing or obtaining permission from the Court. The Final Witness and Exhibit Lists must be in the format of the samples attached hereto and found on Judge Damian's website, and must conform with the following requirements:

    <u>Witness Lists</u>

    The Witness List shall identify all witnesses, both lay and expert, whom counsel believes in good faith that he or she intends to call at trial. The Witness List shall briefly describe the nature of each witness's testimony. A witness not included on a Party's Witness List will not be permitted to testify, unless included on the list provided by another Party,

absent a showing of good cause for the omission. To the extent counsel wishes to list other witnesses who may be called in response to the other Parties' evidence and testimony, these witnesses, including potential rebuttal witnesses, shall be identified in a separate witness list designated as "List of Other Possible Witnesses." Counsel shall specify which witnesses he or she intends to call "live" and which witnesses he or she intends to present through the reading of depositions.

Exhibit Lists

The Exhibit List shall identify the exhibits, including demonstrative and summary exhibits, which counsel believes in good faith that he or she intends to introduce at trial (excluding impeachment exhibits). The Exhibit List shall describe the nature of each document listed. All exhibits must be pre-marked, and their corresponding Exhibit Numbers shall be indicated on the Exhibit List. Plaintiff's exhibits shall be marked numerically with the letter "P" as a prefix, and Defendant's exhibits shall be marked numerically with the letter "D" as a prefix.

The inclusion of blanket statements or general categories of exhibits such as "all documents produced in discovery," is not permitted. To the extent counsel wishes to list other exhibits he or she may introduce in response to the opposing Parties' evidence and testimony, such exhibits shall be identified in a separate exhibit list designated as "List of Other Possible Exhibits." Except for impeachment exhibits, if an exhibit is not listed, it will not be allowed at trial, absent a showing of good cause.

Pursuant to Administrative Order 2017-60 of the Southern District of Florida and consistent with the Court of Appeals for the Eleventh Circuit's Local Rules and Internal

4

Operating Procedures, and the Local Rules of the Southern District of Florida, within ten (10) days of the conclusion of a trial or other proceeding, Parties must file via CM/ECF electronic versions of documentary exhibits admitted into evidence, including photographs of non-documentary physical exhibits. The Parties are directed to comply with each of the requirements unless directed otherwise by the Court.

2. **Joint Pretrial Stipulation**

The Parties shall submit a Joint Pretrial Stipulation that conforms to the requirements of Local Rule 16.1(e) by no later than **January 9, 2023**. All counsel shall comply with the instant Order and Local Rule 16.1(d) regarding the preparation of the Joint Pretrial Stipulation. The Court will not accept unilateral pretrial stipulations, and will strike *sua sponte*, any such submissions. Should any of the Parties fail to cooperate in the preparation of the Joint Stipulation, all other Parties shall file a certification with the Court stating the circumstances. Upon receipt of such certification, the Court shall issue an Order requiring the non-cooperating Party or Parties to show cause why such Party or Parties (and their respective attorneys) should not be held in contempt, and sanctions imposed, for failure to comply with the Court's order.

3. **Deposition Designations**

Any party intending to use deposition testimony as substantive evidence must designate those portions by line and page reference. The designations must be served on opposing counsel and filed with the Court fourteen (14) days before the deadline to file the Joint Pretrial Stipulation. The adverse party must serve and file any objections and any cross-designations within seven (7) days. The initial party shall then have seven (7) days to serve

and file objections to the cross designations. Within seven (7) days of receiving cross-objections, the parties shall provide to the Court annotated copies of the relevant depositions. The annotated copies shall clearly indicate those lines to which each party objects and identify the legal bases for those objections in the margins of the deposition.

4. **Motions Deadlines**

- All dispositive and other pre-trial motions, excluding motions *in limine*, must be filed on or before **December 2, 2022**. All pre-trial motions shall conform to the requirements of Local Rule 7.1.

- Motions *in limine* must be filed on or before **January 16, 2023**, and any motions *in limine* and responses thereto shall not exceed seven (7) pages in length, and responses shall be filed and served within seven (7) days. No replies as to motions *in limine* shall be filed absent prior permission from the Court.

5. **Proposed Findings of Fact and Conclusions of Law**

The Parties' proposed findings of fact and conclusions of law must be filed on or before **January 30, 2023**.

6. **Motions To Continue**

Other than as set forth herein, to the extent the Parties seek modification of any date in this Court's Order Setting Trial, the Parties shall file a "Motion to Continue." A Motion to Continue shall not stay the requirement for filing the Joint Pretrial Stipulation and, unless an emergency situation arises, a Motion to Continue will not be considered unless it is filed at least twenty (20) days prior to the scheduled trial date.

7. **Settlement**

A stipulation of settlement must be in writing. If the case settles in whole or in part, counsel must inform the Court within two (2) days by calling Chambers at (305) 523-5920 and thereafter file a joint stipulation of dismissal.

8. **Miscellaneous**

Counsel are reminded that admission to the Bar of this District is a prerequisite to appearing before this Court for trial, as provided by the Local Rules of the Southern District of Florida. Counsel who are not members of the Bar of the Southern District of Florida will be permitted to appear for trial if assisted throughout the duration of trial by a member of the Southern District Bar.

Non-compliance with any provision of this Order may subject the offending Party to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein in order to ensure an expeditious resolution of the case. Failure to file the Joint Pretrial Stipulation on or before the date set forth above shall be grounds for dismissal.

**DONE and ORDERED** in Chambers at Miami, Florida, this 1st day of June 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record