UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21601-DAMIAN

RONDEL HAUGHTON,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF EDUCATION,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court on the Parties' Stipulation of Dismissal ("Stipulation"). [ECF No. 37]. The Court has reviewed the Stipulation, the Settlement Agreement and Release, the pertinent portions of the record and is otherwise fully advised in the premises. In the Stipulation, the Parties agree to dismissal of this action with prejudice and request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement. Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

ORDERED and ADJUDGED as follows:

1. The above-styled case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

2. Any pending motions in this case are hereby **DENIED AS MOOT**.

3. All discovery, motion practice deadlines, Pretrial Conference and Trial dates are hereby canceled.

    4.    The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida, this 20th day of July 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record